UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

Greater Houston Pool
Management, Inc.
Debtor.

§
§
§
§
§

Case No. 20-3____
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of holder of security, last known address and place of business | Class of Security | Number Registered | Kind of Interest |
|---|---|---|---|
| Daniel McInnis<br>5006 Isidore Lane<br>Missouri City TX 77459 | | | 40% |
| Jason Waterbury<br>16804 Forest Way<br>Austin TX 78734 | | | 30% |
| Michelle Waterbury<br>16804 Forest Way<br>Austin TX 78734 | | | 30% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Daniel McInnis, the President of the Corporation named as the debtor in the case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 03/26/2021                              Signature: _____
                                                          Daniel McInnis

1