UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: §
   Greater Houston Pool § Case No. 20-3____
   Management, Inc. § Chapter 11
   *Debtor*. §
 §

## DEBTOR'S CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 1007(1)

TO THE HONORABLE JUDGE _____ OF THE UNITED STATES BANKRUPTCY COURT:

COMES NOW, Greater Houston Pool Management, Inc., the Debtor, through its counsel, Attorney Donald Wyatt, PC, by Donald L. Wyatt, Jr., and submits this its Corporate Ownership Statement Pursuant to 7007(1), and states as follows:

1. There are no entities to report under Rule 7007.1(a).

Dated: March 26, 2021.

Respectfully submitted,

**ATTORNEY DONALD WYATT, PC**

/s/ Don Wyatt
Donald L. Wyatt, Jr.
Texas Bar no.: 24039262
Federal ID: 34800
26418 Oak Ridge Dr.
The Woodlands, TX 77384
Phone: 281-419-8733
Facsimile: 281-419-8703
**PROPOSED COUNSEL FOR DEBTOR**

1