11:45 AM
03/26/21
Cash Basis

# Greater Houston Pool Management, Inc.
## Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 107 · BB&T | 0.01 |
| 102 · Wells Fargo - Operating | 4,450.16 |
| 100 · Allegiance Bank | 10,489.02 |
| **Total Checking/Savings** | 14,939.19 |
| **Accounts Receivable** | |
| 108 · Accounts Receivable | -20,761.42 |
| **Total Accounts Receivable** | -20,761.42 |
| **Total Current Assets** | -5,822.23 |
| **Fixed Assets** | |
| 125 · Loan Cost | 120,057.26 |
| 121 · Goodwill | 3,000.00 |
| 122 · Accumulated Amortization | -88,373.00 |
| 119 · MITC Software | 21,397.41 |
| 118 · Furniture and Fixtures | 31,724.33 |
| 117 · Equipment | 693,205.86 |
| 115 · Leasehold improvements | 121,334.41 |
| 126 · Sec. 108(b)(5) Tax Attribute | -29,048.34 |
| 120 · Accumulated Depreciation | -810,248.15 |
| **Total Fixed Assets** | 63,049.78 |
| **Other Assets** | |
| 135 · Security Deposit | 1,515.00 |
| **Total Other Assets** | 1,515.00 |
| **TOTAL ASSETS** | 58,742.55 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 246.2 · Shareholder Loan | 3,666.18 |
| 258 · Covid-19 EIDL Loan | 149,900.00 |
| 257 · PPP Loan | 454,066.00 |
| 256 · Kapitus Funding | 148,905.00 |
| 253 · Waterbury Loan | 530,687.72 |
| 205 · 401(k) Payable | -0.75 |
| 206 · Health Insurance | 200.00 |
| 2105 · T-TRACCS P/R Liab | 138.77 |
| 220 · Sales Tax Payable | -7,015.04 |
| **Total Other Current Liabilities** | 1,280,547.88 |
| **Total Current Liabilities** | 1,280,547.88 |
| **Long Term Liabilities** | |
| 242 · Loan - Allegiance Bank | 1,163,954.07 |
| **Total Long Term Liabilities** | 1,163,954.07 |
| **Total Liabilities** | 2,444,501.95 |
| **Equity** | |
| 251 · Treasury Stock | -1,915,534.46 |
| 250 · Common Stock | 500.00 |
| 290 · Retained Earnings | -343,015.10 |
| Net Income | -127,709.84 |
| **Total Equity** | -2,385,759.40 |
| **TOTAL LIABILITIES & EQUITY** | 58,742.55 |