



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/31/2021

| In re: | § | Case No. 21-31047 |
|---|---|---|
| Greater Houston Pool | § | |
| Management, Inc. | § | Chapter 11 |
| *Debtor* | § | |
| | § | |
| and | § | |
| | § | |
| Daniel James McInnis and | § | Case No. 21-31053 |
| Jennifer Jo McInnis | § | |
| *Debtors* | § | Chapter 11 |
| | § | |
| and | § | |
| | § | Case No. 21-31049 |
| Greater Houston Pool | § | |
| Builders LLC | § | Chapter 11 |
| *Debtor* | § | |
| | § | |

### ORDER FOR JOINT ADMINISTRATION
### OF CHAPTER 11 CASES

CAME ON for consideration the Motion Requesting Joint Administration of Chapter 11 Cases and upon considering the same finds good cause to grant the Motion and enters the following Order.

It is **ORDERED** the above styled cases are jointly administered.

It is further **ORDERED**

1. One docket shall be maintained for the Debtors' cases and adversaries under the case number assigned to the Greater Houston Pool Management, Inc. proceeding (Case No. 21-31047).

2. The caption of the cases shall be modified to reflect the Greater Houston Pool Management, Inc. Bankruptcy and any appropriate adversary number.

1

2

3. A notation substantially similar to the following notation shall be entered on the dockets for Daniel James McInnis and Jennifer Jo McInnis and Greater Houston Pool Builders LLC to reflect that going forward that cases shall be jointly administered under the Greater Houston Pool Management, Inc. Chapter 11 case: "An order has been entered in this case directing joint administration of this case solely for procedural purposes with the Chapter 11 bankruptcy case of Greater Houston Pool Management, Inc, Case No. 21-31047. The docket case No. 21-31047 should be consulted for all matters affecting this case."

4. The Office of the U.S. Trustee shall conduct joint informal meetings and meetings of creditors, as required.

5. One plan and disclosure statement may be filed for all three of these bankruptcy cases; however, substantive consolidation is not being requested at this time.

6. Proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed.

7. A separate claims register shall be maintained for each Debtor.

8. The Debtors shall be authorized, but are not required, to file the monthly operation reports required by the United States Trustee on a consolidated basis.

So **ORDERED**.

Signed: March 31, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge