

ENTERED
04/06/2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | | |
| **Greater Houston Pool Management, Inc.** § | Case No. 21-31047 | |
| *Debtor* § | Chapter 11 | |
| § | | |
| **and** § | | |
| § | | |
| **Daniel James McInnis and Jennifer Jo McInnis** § | Case No. 21-31053 | |
| *Debtors* § | Chapter 11 | |
| § | | |
| **and** § | | |
| § | Case No. 21-31049 | |
| **Greater Houston Pool Builders LLC** § | Chapter 11 | |
| *Debtor* § | | |

### ORDER GRANTING EMERGENCY MOTION TO USE CASH COLLATERAL AND REQUEST FOR AN EMERGENCY ORDER TO USE CASH COLLATERAL ON AN INTERIM BASIS

On this day came on for consideration the Debtor's Emergency Motion to Use Cash Collateral and Request for an Emergency Order to Use Cash Collateral on an Interim Basis ("Motion") and the Court having considered the same, evidence and arguments of counsel, if any, is of the opinion the Motion should be **GRANTED**.

Therefore, it is **ORDERED** that Debtor is authorized to use cash collateral, including but not limited to revenue collected in its ordinary course of business on an interim basis pending final hearing and Orders on Debtor's Motion to Use Cash Collateral.

It is further **ORDERED** that any and all revenues received on a post-petition basis by the Debtor shall be collected, received and maintained by Debtor in its DIP account to be established

1

forthwith and shall not be used except in accordance with the terms of this Order.

It is further **ORDERED** that Debtor may use cash collateral for the purpose of meeting its post-petition obligations in the ordinary course of business, including payment of post-petition bills and expenses such as rent, utilities, maintenance, payroll, taxes to operate and maintain the property of the Estate, any other disbursements authorized by Court Order and all in accordance with the attached Budget.

It is further **ORDERED** the holders of allowed secured claims with a security interest in cash collateral, if any, as that term is defined in the Code, shall be entitled to a replacement lien in post-petition accounts receivable, contract rights, and deposit accounts to the same extent and in the same priority as those interests appeared on the commencement date.

.

It is further ORDERED that a hearing be set on April 20, 2021 at 9:00 a.m. to hear Debtor's request to use cash collateral in ongoing operations during administration of its Chapter 11 Case.

Signed: April 06, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

# 14 day Budget

| | | | |
|---|---|---|---|
| Verizon | $ | 1,919.22 | Utility |
| Advanced Concrete | $ | 19,500.00 | Subcontractor |
| Southern Shade | $ | 10,025.00 | Subcontractor |
| Texas Pool Group | $ | 36,761.16 | Subcontractor |
| Admiral | $ | 2,066.72 | Insurance Deductible |
| Admiral | $ | 5,000.00 | Insurance Deductible |
| BCBSTx | $ | 6,879.20 | Health Insurance |
| Principal Life & Disability | $ | 197.75 | Life & Disability Insurance |
| Fresh Investments | $ | 3,200.00 | Rent |
| Travelers Auto Insurance | $ | 4,273.16 | Auto Insurance |
| Amtrust WC | $ | 1,091.00 | Workers Comp Insurance |
| AFCO | $ | 10,116.81 | General Liability Insurance |
| AFCO | $ | 4,658.75 | General Liability Insurance |
| Southern Shade | $ | 2,845.00 | Subcontractor |
| Reliant | $ | 167.75 | Utility |
| Harrington | $ | 123.66 | Pool Repair Parts |
| Texas Pool Group | $ | 21,514.49 | Subcontractor |
| Orion Merchant Services | $ | 500.00 | CRM |
| Ricoh | $ | 757.16 | Utility |
| Harrington | $ | 526.52 | Pool Repair Parts |
| Comcast | $ | 171.42 | Utility |
| Payroll | $ | 42,000.00 | Payroll |
| CenterPoint Energy | $ | 200.00 | Utility |
| Third Coast Bank | $ | 712.17 | Auto Lease |
| Fort Bend Co Water District | $ | 23.76 | Utility |
| Shell Fleet Fuel | $ | 3,052.32 | Gas Cards |
| Republic Waste | $ | 139.11 | Utility |

$ 178,422.13