# WITNESS AND EXHIBIT LIST
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| Main Case No:21-31047 | Name of Debtor: Greater Houston Pool |
|---|---|
| Witnessess: | |
| Daniel McInnis | Judge:Eduardo V. Rodriguez |
| | Courtroom Deputy:Ana Castro |
| | Hearing Date:4/20/21 |
| | Hearing Time:9:00 AM |
| | Party's Name:Greater Houston Pool Management |
| | Attorney's Name:Don Wyatt |
| | Attorney's Phone:281-419-8733 |
| | Nature of Proceeding: |
| | Final Hearing re Motion for use of Cash |

| | EXHIBITS | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
| 1 | First Day Motions Affidavit | | | | |
| 2 | DIP Operating Account | | | | |
| 3 | Payroll Debtor in Possession Account | | | | |
| 4 | Logistics Debtor in Possession Account | | | | |

PAGE:1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Gasoline Debtor in Possession Account | | | | | |
| 6 | 90 day budget | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

DATED: April 16, 2021

Respectfully Submitted,

**Attorney Donald Wyatt PC**

/s/ Don Wyatt
Don Wyatt
Texas Bar No. 24039262
Don.wyatt@wyattpc.com
26418 Oak Ridge Drive
The Woodlands, Texas 77380
(281) 419-8733 Phone
(281) 419-8703 Facsimile
**COUNSEL FOR Greater Houston Pool Management Inc**